### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NOE MATIAS AND LUCINA AGUERO individually, and on behalf of themselves and all others similarly situated persons, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> CLASSIC MOLDING CO., INC., <br><br> Defendant. | Case No. 1:23-CV-02177 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Young B. Kim |

**Plaintiffs' Motion for Final Approval of Class Action Settlement**

Plaintiffs, NOE MATIAS and LUCINA AGUERO, by undersigned counsel, moves for entry of an order granting final approval of the class action settlement in this matter. In support of the Motion, Plaintiff submits the following Memoranda of Law.

s/ James M. Dore

**Justicia Laboral LLC**
James M. Dore (ARDC# 6296265)
Daniel I. Schlade (ARDC No. 6273008)
*Attorneys for Plaintiffs*
6232 N. Pulaski Rd., #300; Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com; dschlade@justicialaboral.com

1