## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Noe Matias, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:23−cv−02177
                                                            Honorable Sara L. Ellis

Classic Molding Co., Inc.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

     MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motions for attorneys' fees [27] and final approval of the class action settlement [28]. The parties should submit a proposed final approval order to the Court#039;s proposed order email. Case terminated. No appearance is required on 12/7/2023. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.